# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MARIEL LEKEITH FARMER

CASE NO. 6:26-cr-68-JA-RMN
18 U.S.C. § 656
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Theft by Bank Employee)

Beginning on or about October 22, 2024, and continuing through on or about February 10, 2025, in the Middle District of Florida, the defendant,

**MARIEL LEKEITH FARMER,**

being an employee of F.T.B., a financial institution insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud F.T.B, did knowingly and willfully embezzle, purloin, and misapply more than $1,000 of moneys, funds and credits belonging to and entrusted to the care of F.T.B., that is, moneys, funds, and credits from the account of M.G.

In violation of 18 U.S.C. § 656.

## COUNT TWO
### (Access Device Fraud)

Beginning on or about October 22, 2024, and continuing through on or about February 10, 2025, in the Middle District of Florida, the defendant,

MARIEL LEKEITH FARMER,

did knowingly and with intent to defraud use one or more unauthorized access devices, as defined in 18 U.S.C. § 1029(e)(3), during any one-year period, that is, an F.T.B. debit card in the name of M.G., and by such conduct did obtain anything of value aggregating $1,000 or more, and the offense affected interstate commerce.

In violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

## COUNT THREE
### (Aggravated Identity Theft)

On or about December 24, 2024, in the Middle District of Florida, the defendant,

MARIEL LEKEITH FARMER,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of M.G., and F.T.B. debit card number xxxx-xxxx-xxxx-0978, during and in relation to a felony violation of access device fraud, in violation of 18 U.S.C. § 1029(a)(2), as charged in Count Two of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

2

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(A) 982(a)(2)(B), and 1029(c)(1)(C).

2. Upon conviction of a violation of 18 U.S.C. § 656, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. Upon conviction of a violation of 18 U.S.C. § 1029(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

4. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture in the amount of $97,742.10, which represents the amount of proceeds the defendant obtained from the offenses.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1029(c)(2).



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Rachel S. Lyons
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

4

FORM OBD-34
March 26

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

MARIEL LEKEITH FARMER

## INDICTMENT

Violations: 18 U.S.C. § 656
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)

_____
Foreperson

Filed in open court this 11th day of March 2026.

_____
Clerk

Bail $_____

GPO 863 525